THE ARGO CORPORATION et al., Appellants, v GREATER NEW YORK MUTUAL INSURANCE COMPANY, Respondent.

Submitted January 18, 2005; decided February 10, 2005

Motion by Complex Insurance Claims Litigation Association for leave to file a brief amicus curiae on the appeal herein granted and the proposed brief is accepted as filed.

Chief Judge KAYE taking no part.